JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SMITH, et al., | CV 19-00771 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| TEAMSTERS LOCAL 2010, et al., | |
| Defendants. | |

Pursuant to the Court's December 3, 2019 Minute Order dismissing Plaintiffs' 42 U.S.C. § 1983 claims with prejudice and declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs' 42 U.S.C. § 1983 claims are dismissed with prejudice; and
2. Plaintiffs' state law claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 4, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE